# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY LEWIS PORTER,<br><br>Defendant. | NO. MJ11-164<br><br>ORDER REVOKING BOND AND DETENTION ORDER |

<u>Offense charged</u>:

    Count 1:    Theft of Public Money, in violation of 18 U.S.C. § 641

<u>Bond Revocation</u>:  May 25, 2011

On May 24, 2011, Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant had violated the terms and conditions of his bond as follows:

    1.    Larry Porter has violated the bond condition that he not use, consume, or possess a controlled substance, unless the substance is prescribed to him by a physician, by using alcohol on or about May 21, 2011.

On May 25, 2011, the defendant made his initial appearance at a bond revocation hearing before the undersigned Magistrate Judge. He was advised of his rights in connection

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

with the Petition for Warrant for Defendant Under Pretrial Services Supervision. He was advised of the bond violation allegation. He admit to the violation.

Pursuant to CrR 32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On April 19, 2011, defendant was released on bond with pretrial supervision and special conditions.

(2) The defendant has failed to abide by the terms of his bond, as set forth above.

(3) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings as required, and that will address the risk of the defendant's danger to the community.

IT IS THEREFORE ORDERED:

(1) Defendant's bond is hereby revoked;

(2) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of May, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3